IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LATOYIA MHOON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-1726-L** |
| **UNITED PARCEL SERVICES,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This action was automatically referred to United States Magistrate Judge Paul D. Stickney for judicial screening pursuant to *Special Order 3-251*. Magistrate Judge Stickney entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that Plaintiff's action be dismissed with prejudice. No objections were filed to the Report. Having reviewed the record in this case and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **with prejudice** pursuant to 28 U.S.C. § 1916(e)(2) for failure to state a claim on which relief may be granted.

**It is so ordered** this 30th day of November, 2016.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**